UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELVIS SANCHEZ,

Plaintiff,

vs.

Civil Action No.:
1:26-CV-05058-LJL

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-----------------------------------------------------------X

**ORDER**

AND, NOW, this 23rd day of September, 2026, Plaintiff's motion for an extension of time is GRANTED. The new schedule is set as follows:

- Plaintiff will file Plaintiff's brief by October 16, 2026;
- Defendant's brief will be filed on, or before, November 16, 2026;
- Plaintiff's reply, if any, is due November 30, 2026.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge