UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELVIS SANCHEZ,<br><br>Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendants. | 26-cv-05058 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

The Court issued a referral to the Magistrate Judge at Dkt. No. 7 on September 23, 2026. However, the Court incorrectly noted Magistrate Judge Moses on the referral. Parties are directed to contact the chambers of Magistrate Judge Henry J Ricardo. The Court will issue a corrected referral to the Magistrate Judge.

The Clerk of Court is respectfully directed to strike Dkt. No. 7 from the docket.

SO ORDERED.

Dated: September 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge